



84 Hardy Drive
Princeton, NJ 08540
Phone: 609.924.3990
Fax: 609.964.1776
jbouer@bouerlaw.com
www.bouerlaw.com

July 29, 2016

**VIA FACSIMILE ONLY**
(716) 613-4325
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, NY 14614

**RECEIVED**
ELIZABETH A. WOLFORD
AUG 01 2016
United States District Judge
Western District of New York

RE:  S.K. and M.M. v. Excellus Blue Cross Blue Shield
     U.S.D.C., WDNY, Case No. 6:16-cv-06235-EAW

Dear Judge Wolford:

We represent the Plaintiffs in the above referenced matter. The attorneys for parties have worked out the essential terms of the settlement agreement, which is complex, and are both awaiting consent by their respective clients. Barring an issue raised by our clients, we expect both parties to consent to the terms of the settlement agreement next week. Due to vacation schedules, we also expect that the agreement will be signed by all the parties on the week after, at which point, we plan on filing a Stipulation of Dismissal.

As such, the parties respectfully request that Your Honor grant another extension of two-weeks so that we can resolve any final issues that might arise upon our clients' final review, obtain our respective clients signatures on agreement, and then file the Stipulation of Dismissal.

Of course, should you have any questions or concerns, do not hesitate to call.

Yours,

Jodi F. Bouer

Cc:  Richard Grimm (by email: rgrimm@magavern.com)
     Kimberly A. Rowles (by email: Kimberly_rowles@nywd.uscourts.gov)

**SO ORDERED**

ELIZABETH A. WOLFORD
United States District Judge

Date 8-1-16